Before the First Division, February 6, 1958

**No. 61537.**—Wool Distributing Corp. *v.* United States, protests 304126–K and 304199–K (New York).

Opinion by Wilson, J. The protests were dismissed for lack of prosecution.

**No. 61538.**—Hudson Shipping Co., Inc. *v.* United States, protest 304926–K (New York).

Opinion by Wilson, J. The protest was dismissed for lack of prosecution.